1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   SALVADOR ZAPIEN,                1:08-cv-01988-DLB (HC)

10                 Petitioner,      ORDER SETTING FURTHER BRIEFING
SCHEDULE

11      v.

12   D.K. SISTO,

13

14                 Respondent.

_____/

15
16
17
      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

18
19
20
21
22
      On May 17, 2011, the undersigned denied Respondent's request for an order to show cause why Ground Five should not be dismissed.  The Court now directs Respondent to file a further response to the petition within thirty (30) days from the date of service of this order.  All further provisions of the Court's January 19, 2011, order to respond remain in full force and effect.

23
      IT IS SO ORDERED.

**Dated:**   **May 23, 2011**           **/s/ Dennis L. Beck**
24                           UNITED STATES MAGISTRATE JUDGE

25
26
27
28